# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-08574-SJB-JMW |
| Plaintiff, | |
| v. | |
| CONNECTONCALL.COM LLC, | |
| Defendant. | |
| PAMELA BERANEK, individually and on behalf of all similarly situated customers, | Case No. 2:24-cv-08584-SIL |
| Plaintiff, | |
| v. | |
| CONNECTONCALL.COM LLC, | |
| Defendant. | |
| MARTIN GERBER, Administrator of the Estate of Phyllis Gerber, on behalf of the decedent and all others similarly situated, | Case No. 2:24-cv-08585-SJB-JMW |
| Plaintiff, | |
| v. | |
| PHREESIA, INC., | |
| Defendant. | |

1

| | |
|---|---|
| MICHAEL LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTONCALL.COM, LLC,<br><br>Defendant. | Case No. 2:24-cv-08615-JMW |
| PAMELA GIARRIZZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTONCALL.COM, LLC,<br><br>Defendant. | Case No. 2:24-cv-08648-JMW |
| SONDRA WEEKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHREESIA, a Delaware Corporation, and CONNECTONCALL.COM LLC, a wholly-owned subsidiary of PHREESIA,<br><br>Defendants. | Case No. 2:24-cv-08660-SIL |

| | |
|---|---|
| JAMES DENNIS, individually and on behalf of all others similarly situated , <br><br> Plaintiff, <br><br> v. <br><br> PHREESIA, a Delaware Corporation, and CONNECTONCALL.COM LLC, a wholly-owned subsidiary of PHREESIA, <br><br> Defendants. | Case No. 2:24-cv-08736-JMW |
| ANTHONY JONES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONNECTONCALL.COM LLC, <br><br> Defendant. | Case No. 2:24-cv-08776-AYS |
| YOCHIA BLEVINS, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CONNECTONCALL.COM, LLC and PHREESIA, INC., <br><br> Defendants. | Case No. 2:24-cv-08790-SJB-JMW |

| | |
|---|---|
| DIANNA DENNY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>CONNECTONCALL.COM, LLC,<br><br>    Defendant. | Case No. 2:24-cv-08828-EK-ST |
| RYAN NOLET, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>CONNECTONCALL.COM, LLC, and PHREESIA, INC.,<br><br>    Defendants. | Case No. 2:25-cv-00067-EK-ARL |
| TIFFANY PICKLESIMER, on behalf of herself and a class of similarly situated persons,<br><br>    Plaintiff,<br><br>        v.<br><br>CONNECTONCALL.COM, LLC, and PHREESIA, INC.,<br><br>    Defendants. | Case No. 2:25-cv-00324-SJB-JMW |
| BRIAN NEARY, individually and on behalf of all others similarly situated persons,<br><br>    Plaintiff,<br><br>        v.<br><br>CONNECTONCALL.COM, LLC,<br><br>    Defendant. | Case No. 2:25-cv-00397-SJB-SIL |

## NOTICE OF CONSOLIDATION

Plaintiffs, by and through their undersigned counsel, respectfully submit this Notice of Consolidation, seeking to consolidate two (2) additional cases (*Picklesimer* and *Neary*) that were filed after the Court consolidated related cases pursuant to the Consolidation Stipulation (defined below).

On January 13, 2025, Plaintiffs Moorer, Beranek, Gerber, Lawson, Giarrizzo, Weeks, Dennis, Jones, Blevins, Denny, and Nolet filed a Proposed Stipulation Concerning Consolidation and Appointment of Interim Counsel ("Consolidation Stipulation"). *Beranek v. ConnectonCall.com, LLC,* No. 2:24-cv-08584-SIL, ECF No. 6.

Pursuant to Plaintiffs' Consolidation Stipulation, "[a]ll future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 in that they are based on the same or similar facts and circumstances shall be consolidated in the Consolidated Action upon stipulation of the parties and the filing of a notice of consolidation."

On January 14, 2025, the Court entered Plaintiffs' Consolidation Stipulation but denied Plaintiffs' request that interim class counsel be appointed, without prejudice and with leave to renew upon consolidation of all actions.

The below Order has been entered in eight (8) of the eleven (11) previously consolidated actions: *Beranek, Lawson, Giarrizo, Weeks, Dennis, Jones, Denny,* and *Nolet.* Plaintiffs are currently anticipating the entry of further identical consolidation Orders to be issued in: *Moorer, Gerber,* and *Blevins:*

5

ORDER granting 8 Motion to Consolidate Cases. In light of Plaintiff's proposed stipulation, DE 8 , and pursuant to Fed. R. Civ. P. 42, Plaintiff's motion to consolidate is hereby **granted**. Further, Plaintiff's request that interim class counsel be appointed is **denied without prejudice and with leave to renew** upon consolidation of all actions under the lead case, *In re Connectoncall Data Breach Litigation*, No. 24-cv-08790-SJB-JMW. Ordered by Magistrate Judge Steven I. Locke on 1/14/2025. (KDW) (Entered: 01/14/2025)

*See Beranek v. ConnectonCall.com, LLC,* No. 2:24-cv-08584-SIL.

On January 17, 2025, and January 23, 2025, two (2) additional cases were filed that are based on the same or similar facts and circumstances: *Picklesimer v. ConnectOnCall.com, LLC et al,* No. 2:25-cv-00324-SJB-JMW (E.D.N.Y.) and *Neary v. ConnectOnCall.com, LLC,* No. 2:25-cv-00397-SJB-SIL (E.D.N.Y.).

Pursuant to the Consolidation Stipulation, Defendants and plaintiffs in *Picklesimer* and *Neary* agree to consolidate their cases into the Consolidated Action, *In re ConnectOnCall Data Breach Litigation,* No. 24-cv-08790-SJB-JMW and to subject both cases to the same terms and agreements set forth in the Consolidation Stipulation. Defendants are thus relieved from responding to the initial complaints in *Picklesimer* and *Neary* and the parties are subject to the schedule for filing and responding to the forthcoming Consolidated Amended Complaint, as set forth in the Consolidation Stipulation. No Plaintiff in the actions already consolidated in the Consolidated Action objects to same.

IT IS SO STIPULATED AND AGREED TO THIS 13th day of February 2025.

| By: | |
|---|---|
| */s/ Katie Viggiani*<br>**MORRISON & FOERSTER LLP**<br>Katie Viggiani<br>Justin Young<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: 212.468.8000<br>Facsimile: 212.468.7900<br>Email:  kviggiani@mofo.com<br>Email:  justinyoung@mofo.com<br><br>Purvi G. Patel*<br>Christopher Adler*<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017<br>Telephone: 213.892.5200<br>Facsimile: 212.892.5454<br>Email: ppatel@mofo.com<br>Email: cadler@mofo.com<br><br>*application for admission pro hac vice<br>forthcoming*<br><br>***Attorneys for Defendants<br>ConnectOnCall.com, LLC and<br>Phreesia, Inc.*** | */s/ Lori G. Feldman*<br>**GEORGE FELDMAN MCDONALD, PLLC**<br>Lori G. Feldman<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: 917.983.9321<br>Email:  lfeldman@4-justice.com<br>Email:  eservice@4-justice.com<br><br>***Attorneys For Plaintiff Yochia Blevins***<br><br>**MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP**<br>John A. Yanchunis*<br>201 North Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>Email: jyanchunis@forthepeople.com<br><br>**GLANCY, PRONGAY & MURRAY**<br>Brian Murray<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Email: bmurray@glancylaw.com<br><br>***Attorneys for Plaintiff Brian Neary*** |

7

| | |
|---|---|
| | **FEGAN SCOTT LLC**<br>Jonathan D. Lindenfeld<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Telephone: 332.216.2101<br>Facsimile: 312.264.0100<br>Email: jonathan@feganscott.com<br><br>Elizabeth A. Fegan<br>Megan E. Shannon<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>Telephone: 312.741.1019<br>Facsimile: 312.264.0100<br>Email: beth@feganscott.com<br>Email: megan@feganscott.com<br><br>**COTCHETT, PITRE & MCCARTHY LLP**<br>Thomas E. Loeser\*<br>Vara Lyons (NY Bar No. 5464524)<br>Ellen Wen\*<br>1809 7th Avenue, Suite 1610<br>Seattle, WA 98101<br>Tel: (206) 802-1272<br>Fax: (206) 299-4184<br>Email: tloeser@cpmlegal.com<br>Email: vlyons@cpmlegal.com<br>Email: ewen@cpmlegal.com<br>*\*application for admission pro hac vice forthcoming*<br><br>***Attorneys for Plaintiff Tiffany Picklesimer and Dianna Denny*** |

8

|  | **KOPELOWITZ OSTROW, P.A.** Jeff Ostrow* Steven P. Sukert, NY Bar No. 5690532 One West Las Olas Blvd, Suite 500 Fort Lauderdale, Florida 33301 Telephone: 954.525.4100 Facsimile: 954.525.4300 Email:  ostrow@kolawyers.com  *application for admission pro hac vice forthcoming*  ***Attorneys for Plaintiff Selena Moorer***  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** Vicki J. Maniatis (NY Bar No. 2578896) 405 East 50th Street New York, New York 11530 Telephone: 516.491.4665 Email:  vmaniatis@milberg.com  Mariya Weekes* 201 Sevilla Avenue, 2nd Floor Coral Gables, Florida 33134 Telephone: 786.879.8200 Facsimile: 786.879.7520 Email:  mweekes@milberg.com  *application for admission pro hac vice forthcoming*  ***Attorneys for Plaintiff Pamela Beranek*** |
| --- | --- |

9

**SULTZER & LIPARI, PLLC**
Jason P. Sultzer
Scott E. Silberfein
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12061
Telephone: 845.483.7100
Email: sultzerj@thesultzerlawgroup.com
Email: silberfeins@thesultzerlawgroup.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Blake Hunter Yagman
One Old Country Road, Suite 347
Carle Place, New York 11514
Telephone: 516.873.9550
Email: jbrown@leedsbrownlaw.com
Email: byagman@leedsbrownlaw.com

*Attorneys for Plaintiff Martin Gerber,*
*Administrator of the Estate of Phyllis Gerber*

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Vicki J. Maniatis (NY Bar No. 2578896)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 866.252.0878
Facsimile: 212.868.1229
Email: vmaniatis@milberg.com

**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch, IV*
Grayson Wells*
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: 615.254.8801
Email: gstranch@stranchlaw.com
Email: gwells@stranchlaw.com

*\*application for admission pro hac vice*
*forthcoming*

*Attorneys for Plaintiff Michael Lawson*

10

| | |
|---|---|
| | **LEVI & KORSINSKY LLP**<br>Courtney Elizabeth Maccarone<br>33 Whitehall Street, 17th Floor<br>New York, New York 10004<br>Telephone: 212.363.7500<br>Email: cmaccarone@zlk.com<br><br>***Attorneys for Plaintiff Pamela Giarrizzo***<br><br>**MASON LLP**<br>Gary E. Mason (NY Bar No. 2163467)<br>Danielle L. Perry*<br>Lisa A. White*<br>5335 Wisconsin Avenue, NW, Suite 640<br>Washington, DC 20015<br>Telephone: 202.429.2290<br>Email: gmason@masonllp.com<br>Email: dperry@masonllp.com<br>Email: lwhite@masonllp.com<br>*application for admission pro hac vice forthcoming*<br><br>***Attorneys for Plaintiff Sondra Weeks***<br><br>**LYNCH CARPENTTER, LLP**<br>Gary F Lynch<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, Pennylvania 15222<br>Telephone: 412.322.9243<br>Email: gary@lcllp.com<br><br>***Attorneys for Plaintiff James Dennis***<br><br>**ALMEIDA LAW GROUP LLC**<br>David S. Almeida (NY Bar No. 3056520)<br>Elena A. Belov (NY Bar No. 4080891)<br>849 W. Webster Ave.<br>Chicago, Illinois, 60614<br>Telephone: 708.437.6476<br>Email: david@almeidalawgroup.com<br>Email: elena@almeidalawgroup.com<br><br>***Attorneys for Plaintiff Anthony Jones*** |

11

|  | **HAUSFELD LLP**<br>James Pizzirusso<br>888 16th Street, NW, Ste 300<br>Washington, DC 20006<br>Telephone: 202.540.7200<br>Facsimile: 202.540.7148<br>Email: jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>33 Whitehall Street, 14th Floor<br>New York, New York 10004<br>Telephone: 646-357-1194<br>Facsimile: 212-202-4322<br>Email: snathan@hausfeld.com<br><br>***Attorneys for Plaintiff Ryan Nolet*** |
|---|---|