UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CONNECTONCALL.COM DATA BREACH LITIGATION | Case No. 2:24-cv-08790-SJB-JMW |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Tiffany Picklesimer, Dianna Denny, Selena Moorer, Bradley Myers, and Ryan Nolet, individually and on behalf of all others similarly situated, hereby file their Unopposed Motion for Preliminary Approval of Class Action Settlement pursuant to Fed. R. Civ. P. 23.

This Motion is supported by (1) the attached Memorandum of Law; (3) the Settlement Agreement attached hereto as *Exhibit A*; (4) the Joint Declaration of Jeff Ostrow, John A. Yanchunis, Mariya Weekes, Gerald D. Wells III, and Jason P. Sultzer attached hereto as *Exhibit B*; and (5) the pleadings and record in this Action.

Plaintiffs respectfully request the Court grant this Motion without a hearing and set the Final Approval Hearing for *120 days* after entry of the Preliminary Approval Order or the soonest available date thereafter.

The proposed Preliminary Approval Order is attached hereto as *Exhibit C*.

Dated: December 16, 2025

Respectfully submitted,

/s/ *Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd
Suite 500
Fort Lauderdale, FL 33301
Phone: 954-525-4100
Fax: 954-525-4300
ostrow@kolawyers.com

       Gerald D. Wells, III
**LYNCH CARPENTER, LLP**
36 N. Jefferson Street, P.O. Box 7635
New Castle, PA 16107
Phone: 724-656-1555
jerry@lcllp.com

       John A. Yanchunis
Ronald Podolny
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Phone: 813-223-5505
Fax: 813-275-9295
jyanchunis@forthepeople.com
ronald.podolny@forthepeople.com

       Mariya Weekes
**MILBERG, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: 954-647-1866
mweekes@milberg.com

*Interim Class Counsel*

       Jason P. Sultzer
Scott E. Silberfein
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: 845-483-7100
Fax: 888-749-7747
sultzerj@thesultzerlawgroup.com
silberfeins@thesultzerlawgroup.com

*Plaintiffs' Interim Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certified that on December 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

       /s/ *Jeff Ostrow*
       *Jeff Ostrow*