**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CONNECTONCALL.COM DATA BREACH LITIGATION | Case No. 2:24-cv-08790-SJB-JMW |

**PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, individually and on behalf of all others similarly situated, hereby file their Unopposed Amended Motion for Preliminary Approval of Class Action Settlement pursuant to Fed. R. Civ. P. 23.

This Motion is supported by (1) the attached Memorandum of Law; (3) the Settlement Agreement attached thereto as *Exhibit A*; (4) the Joint Declaration of Jeff Ostrow, John A. Yanchunis, Mariya Weekes, Gerald D. Wells III, and Jason P. Sultzer attached thereto as *Exhibit B*; and (5) the pleadings and record in this Action.

Plaintiffs respectfully request the Court grant this Motion without a hearing and set the Final Approval Hearing for *120 days* after entry of the Preliminary Approval Order or the soonest available date thereafter.

The proposed Preliminary Approval Order is *Exhibit C* to the Memorandum of Law.

Dated: March 2, 2026

Respectfully submitted,

By: /s/ *Jeff Ostrow*
Jeff Ostrow (pro hac vice)
Courtney Maccarone
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Phone: 954-525-4100
ostrow@kolawyers.com
maccarone@kolawyers.com

Gerald D. Wells, III (pro hac vice)
**LYNCH CARPENTER, LLP**
36 N. Jefferson Street, P.O. Box 7635
New Castle, PA 16107
Phone: 724-656-1555
jerry@lcllp.com

John A. Yanchunis (pro hac vice)
Ronald Podolny
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Phone: 813-223-5505
jyanchunis@forthepeople.com
ronald.podolny@forthepeople.com

Mariya Weekes (pro hac vice)
**MILBERG, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: 954-647-1866
mweekes@milberg.com

***Interim Class Counsel***

Jason P. Sultzer
Scott E. Silberfein
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: 845-483-7100
Email: sultzerj@thesultzerlawgroup.com
silberfeins@thesultzerlawgroup.com

***Plaintiffs' Interim Liaison Counsel***

**CERTIFICATE OF SERVICE**

I hereby certified that on March 2, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Jeff Ostrow*
*Jeff Ostrow*